

**SQUIRE◆**
**PATTON BOGGS**

Squire Patton Boggs (US) LLP
1120 Avenue of the Americas, 13th Floor
New York, NY 10036

O    +1 212 872 9800
F    +1 212 872 9815
squirepattonboggs.com

Gassan A. Baloul
gassan.baloul@squirepb.com



**VIA ECF**

December 16, 2025

The Honorable Colleen McMahon
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

*OK, Conference adjourned to 2/26/2026 at 10:00 Am*

*Colleen McMahon*
*12/17/2025*

Re: *Force, et al. v. Palestinian Authority, et al.,* Case No. 25-cv-08582-CM (S.D.N.Y.)

Dear Judge McMahon:

This firm represents the Defendants in the above-referenced action. We write on behalf of all parties to request an adjournment, until the week of January 19, 2026, or a date thereafter convenient to the Court, of the Initial Pretrial Conference now scheduled for 11:30 a.m. on December 18, 2025. There have been no previous requests to adjourn the Initial Pretrial Conference. This request is consented to, and made jointly by, all parties. The requested adjournment does not affect any other scheduled dates.

The parties have engaged in initial meet and confer communications regarding the Court's Civil Case Management Plan, but have not yet reached agreement on the Plan. We respectfully request an adjournment of the Initial Pretrial Conference until the week of January 19, 2026, or a convenient date thereafter, which will allow the parties additional time to meet and confer regarding the Civil Case Management Plan and also to conduct a Rule 26(f) conference. We note that Plaintiffs' counsel is unavailable from February 4 through February 20.

The Court has previously so-ordered the parties' proposed briefing schedule for Defendants' anticipated motion to dismiss Plaintiffs' complaint. (*See* ECF Nos. 13, 15). Pursuant to that schedule, Defendants' motion to dismiss is due on or before February 9, 2026; Plaintiffs' opposition is due on or before April 10, 2026; and Defendants' reply is due on or before May 11, 2026.

We thank the Court for its attention to this matter.

48 Offices Across 4 Continents

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

Squire Patton Boggs (US) LLP

The Honorable Colleen McMahon
December 16, 2025

Respectfully submitted.

*/s/ Gassan A. Baloul*
Gassan A. Baloul

cc:    All Counsel by ECF

2