UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stuart Force, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Palestinian Authority, et al.,<br><br>Defendants. | Case No. 1:25-cv-08582 (CM) (HJR)<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/2026

The motion of Andreas N. Episkopos, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of Colorado and the District of Columbia; and that his contact information is as follows:

Applicant's name: __Andreas N. Episkopos__
Firm Name: __Holtzman Vogel Baran Torchinsky & Josefiak, PLLC__
Address: __2300 N Street, NW, Suite 643__
City / State / Zip: __Washington, D.C., 20037__
Telephone / Fax: __202-309-6798__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs' in the above-entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 1/21/2026

_____
United States District Judge