# SQUIRE◐
## PATTON BOGGS

Squire Patton Boggs (US) LLP
1120 Avenue of the Americas, 13th Floor
New York, NY 10036

O    +1 212 872 9800
F    +1 212 872 9815
squirepattonboggs.com

Gassan A. Baloul
gassan.baloul@squirepb.com

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 2/24/2026

**VIA ECF**

*[handwritten: 2/24/2026 We will hold the conference on May 20, 2026 at 11 AM]*

February 23, 2026

The Honorable Colleen McMahon
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312   MEMO ENDORSED

Re: *Force, et al. v. Palestinian Authority, et al.,* Case No. 25-cv-08582-CM (S.D.N.Y.)

Dear Judge McMahon:

This firm represents the Defendants in the above-referenced action. We write on behalf of all parties to request an adjournment of the Initial Pretrial Conference in this action, which is currently scheduled for 10:00 a.m. on February 26, 2026, until a convenient date after May 11, 2026, when briefing on Defendants' motion to dismiss is currently scheduled to be completed. This request is consented to, and made jointly by, all parties, and the requested adjournment does not affect any other scheduled dates.

Defendants filed their motion to dismiss on February 9, 2026. (*See* ECF Nos. 23-24). The Court has previously so-ordered the parties' briefing schedule for Defendants' motion, by which Plaintiffs' opposition is due on or before April 10, 2026, and Defendants' reply is due on or before May 11, 2026. (*See* ECF Nos. 13, 15). Additionally, Plaintiffs advise that they intend to amend their complaint pursuant to Fed. R. Civ. P. 15, which, the parties submit, would further obviate the need for a conference at this time.

The parties note that paragraph 4 of the Court's October 23 Order Scheduling an Initial Pretrial Conference (ECF No. 8) states that, if a motion is filed prior to the date of the conference, "[u]pon request, the court will adjourn the conference until the motion is fully briefed." In light of Defendants' motion to dismiss and the briefing schedule already in place for that motion, the parties respectfully request that the Court adjourn the February 26 conference until after May 11, 2026, when Defendants' motion is currently scheduled to be fully briefed.

49 Offices Across 4 Continents

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

Squire Patton Boggs (US) LLP

The Honorable Colleen McMahon
February 23, 2026

The Initial Pretrial Conference was originally scheduled for December 18, 2025, and was previously adjourned to February 26 by joint request of the parties. (*See* ECF Nos. 18, 20).

We thank the Court for its attention to this matter.

Respectfully submitted.

*/s/ Gassan A. Baloul*
Gassan A. Baloul

cc:    All Counsel by ECF