# SQUIRE◒
## PATTON BOGGS

Squire Patton Boggs (US) LLP
1120 Avenue of the Americas, 13th Floor
New York, NY 10036

O    +1 212 872 9800
F    +1 212 872 9815
squirepattonboggs.com

Gassan A. Baloul
gassan.baloul@squirepb.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/13/2026

5/13/2026
It will be in
September, 17, 2026
at 11:30 Am

**VIA ECF**

May 13, 2026

The Honorable Colleen McMahon
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Force, et al. v. Palestinian Authority, et al.,* **Case No. 25-cv-08582-CM (S.D.N.Y.)**

Dear Judge McMahon:

This firm represents the Defendants in the above-referenced action. We write on behalf of all parties to request an adjournment of the Initial Pretrial Conference in this action, which is currently scheduled for 11:00 a.m. on May 20, 2026, until a convenient date after July 30, 2026, when briefing on Defendants' motion to dismiss is currently scheduled to be completed.

Counsel for the parties have conferred and are available for a conference the week of August 17, 2026, if a date that week is convenient for the Court. This request is consented to, and made jointly by, all parties, and the requested adjournment does not affect any other scheduled dates.

Defendants filed their motion to dismiss Plaintiffs' original complaint on February 9, 2026. (*See* ECF Nos. 23-24). Plaintiffs then filed an amended complaint on March 2, 2026 (ECF No. 30). The Court then so-ordered the parties' proposed briefing schedule, with Defendants' motion to dismiss the amended complaint due May 1, 2026; Plaintiffs' opposition due on or before June 30, 2026; and Defendants' reply due on or before July 30, 2026. (ECF No. 32). Consistent with the so-ordered briefing schedule, Defendants filed their motion to dismiss the amended complaint on May 1. (ECF Nos. 35-36).

The parties note that paragraph 4 of the Court's October 23 Order Scheduling an Initial Pretrial Conference (ECF No. 8) states that, if a motion is filed prior to the date of the conference, "[u]pon request, the court will adjourn the conference until the motion is fully briefed." In light of Defendants' pending motion to dismiss and the briefing schedule already in place for that

49 Offices Across 4 Continents

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

Squire Patton Boggs (US) LLP

The Honorable Colleen McMahon
May 13, 2026

motion, the parties respectfully request that the Court adjourn the May 20 conference until after July 30, 2026, and ideally for a date during the week of August 17.

The Initial Pretrial Conference was originally scheduled for December 18, 2025, and was previously adjourned to February 26, and then to May 20, by joint request of the parties. (*See* ECF Nos. 18, 20).

We thank the Court for its attention to this matter.

Respectfully submitted.

*/s/ Gassan A. Baloul*
Gassan A. Baloul

cc:    All Counsel by ECF