SQUIRE
PATTON BOGGS

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C. 20037

O +1 202 457 6000
F +1 202 457 6315
squirepattonboggs.com

Gassan A. Baloul
T +1 202 457 6155
gassan.baloul@squirepb.com

USDC SDNY
DOCUMENT
ELECTRONIC LY FILED
DOC #:
DATE FILED: 9/30/2026

**VIA ECF**

September 29, 2026

The Honorable Colleen McMahon
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

9/30/2026 I will be on trial starting November 2, & will only be available for conferences on FRIDAYS. Therefore, come in 11/6 at 11 AM. I will NOT adjourn this conference again. M

**RE:** ***Force, et al. v. Palestinian Authority, et al.*, Case No. 25-cv-08582-CM (S.D.N.Y.)**

Dear Judge McMahon: MEMO ENDORSED

This firm represents the Defendants in the above-referenced action. We write to request an adjournment of the Rule 16(a) conference in this action, which is currently scheduled for 11:30 AM on October 22, 2026, until a convenient date after November 2, 2026. Plaintiffs have advised that they do not object to the requested adjournment, and the adjournment will not affect any other scheduled dates.

Counsel for Defendants will be traveling for depositions in another matter on October 22, 2026. Consequently, Defendants are unable to attend the Rule 16(a) conference on that date. Consistent with the Court's directive that the parties inform the Court of scheduling difficulties, ECF No. 43, Defendants respectfully request an adjournment.

Counsel for the parties have conferred and are available for a conference on any of November 3, 4, or 5, if one of those dates is convenient for the court.

The Initial Pretrial Conference was originally scheduled for December 18, 2025, and was previously adjourned to February 26, and then to May 20, and then to September 17, by joint request of the parties. (*See* ECF Nos. 18, 20, 28, 29, 37, 38). These adjournments related to the parties' conferral regarding the Civil Case Management Plan as well as to briefing on Defendants' motion to dismiss. The two most recent adjournments, ECF Nos. 28, 37, were requested pursuant to paragraph 4 of the Court's October 23 Order Scheduling an Initial Pretrial Conference, ECF No. 8, which states that, if a motion to dismiss is filed prior to the date of the conference, "[u]pon request, the court will adjourn the conference until the motion is fully briefed."

Case 1:25-cv-08582-CM Document 49 Filed 09/29/26 Page 2 of 2



We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/Gassan A. Baloul*
Gassan A. Baloul

cc: All Counsel by ECF